

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00341-CV

_____

PHILLIP PUENTE, Appellant

V.

RICHARD STUART, Appellee

On Appeal from the 141st District Court
Tarrant County, Texas
Trial Court No. 141-353047-24

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

Appellant filed a timely notice of appeal from the trial court's June 27, 2025 judgment. Appellant also filed a motion for new trial. The trial court granted appellant's motion for new trial on August 13, 2025, while the court still had plenary jurisdiction. *See* Tex. R. Civ. P. 329b(a), (e).

On August 13, 2025, we informed the parties that the trial court's new-trial order rendered this appeal moot, depriving us of jurisdiction, and that the appeal would be dismissed unless, on or before August 25, 2025, any party desiring to continue the appeal filed a response showing grounds to continue it. No party filed a response.

Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f). Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered: September 4, 2025